UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANN HERNANDEZ** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. : 06-10709** |
| | * | |
| **BIOENTERICS CORPORATION and INAMED CORPORATION** | * | **SECTION "E"** |
| | * | |
| | * | **MAGISTRATE: 1** |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Ex-Parte Consent Motion to Stay Proceedings by Plaintiff;

**IT IS HEREBY ORDERED** that said Ex Parte Consent Motion to Stay Proceedings be **granted** staying all proceedings for sixty (60) days which will allow Plaintiff's Attorney time to acquire approval of settlement.

**THUS DONE AND SIGNED** on this 15th day of July, 2008 at New Orleans, Louisiana.

_____
**DISTRICT JUDGE**